IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 24-cv-02637-CNS-KAS | Date: September 2, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DON MCCOY<br>**Plaintiff** | *Penn Dodson* |
| **v.** | |
| NEDERLAND MINING CONSULTANTS INC<br>GRAND ISLAND RESOURCES LLC<br>SUSTAINABLE METAL SOLUTIONS LLC<br>STANDARD METALS PROCESSING INC<br>ALFRED F GERRIETS II<br>DANIEL TAKAMI<br>**Defendants** | *Scott Gessler* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 1:58 p.m.

Appearance of counsel.

Discussion held on [86] Objections to Magistrate Judge ruling.

**ORDERED:** **[86] Plaintiff's Objections to the Magistrate Judge's Minute Order are OVERRULED.**

**[85] Magistrate Judge Kathryn A. Starnella is AFFIRMED.**

**If plaintiff elects to rescind the settlement agreement, he is to return the funds, as outlined, within 14 days.**

**ORDERED: [108] Amended Motion to Dismiss Case and Enforce Settlement Agreement is GRANTED.**

**[78] Partial Motion to Dismiss is DENIED as moot.**

**Request to place settlement funds in the Court's Registry is GRANTED.**

**Funds to be submitted by Friday, September 4, 2026.**

Discussion held on Motion for Leave to File Amended Complalint.

Court in Recess: 2:19 p.m. Hearing concluded. Total time in Court: 00:21